Same case below, 433 Fed. Appx. 590.

Same case below, 440 Fed. Appx. 738.

**No. 11-7751. Alejandro Flores, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1120, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 635.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7752. Roshay Lavoy Hocker, aka Roshay L. Hocker, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1120, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 631.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 398.

**No. 11-7753. Micah Dion Gasaway, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1120, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 665.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 437 Fed. Appx. 428.

**No. 11-7757. Steven Michael Capshaw, aka Mike Capshaw, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1121, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 658.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-7759. Anthony Washington, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1121, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 650.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 449 Fed. Appx. 624.

**No. 11-7761. Robert Jennings, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1121, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 653.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 670.

**No. 11-7762. Larry Langford, Petitioner v. United States.**

565 U.S. 1169, 132 S. Ct. 1121, 181 L. Ed. 2d 1000, 2012 U.S. LEXIS 672.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 647 F.3d 1309.